**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| PAULA FERREIRA SILVA, an individual; and RAMIRO SANTOS SILVA, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> BRANDON WOLFE, individually and doing business as WOLFE CANYON RANCH, LLC, a California limited liability company; WOLFE CANYON RANCH, LLC, a California limited liability company; PEAK FORECLOSURE SERVICES, INC., a California corporation; SCOTT ANGE, individually and doing business as XBQ MANGAGEMENT, INC., a California corporation DBA RE/MAX ONE; LANDMARK ESCROW, INC., a California Corporation, and; DOES 1- 50, <br><br> Defendants. | Case No. 2:24-CV-06433-WLH-SK <br><br> **ORDER REGARDING REMAND** |

The Court, on its own motion, hereby **REMANDS** this action for further proceedings before the Superior Court of California, County of Ventura.  On January 20, 2026, the Parties filed a joint status report updating the Court on the status of the bankruptcy case (Case No. 9:24-bk-10909-RC).  (Status Report, Dkt. No. 58).  Attached to the status report was the bankruptcy court's signed order granting debtor and debtor-in-possession Ramiro Silva's motion to dismiss the Chapter 11 case.  (Bankruptcy Court Order, Appendix A, Dkt. No. 58).  The bankruptcy court order states:

> The $1,200,000 ("Security Funds") deposited by WCR in the BG Law client trust account pursuant to the "Stipulation Between Debtor and Debtor in Possession Ramiro S. Silva and Secured Creditor Wolfe Canyon Ranch, LLC Resolving Evidentiary Hearing Portion of Debtor's Motion for Order Authorizing: (1) Employment of Premiere Estate Auction Company, Inc. Pursuant to 11 U.S.C. §§ 327 and 328(a) as Auctioneer; (2) Terms of Auction; and (3) Sale of the Real Property Located at 2127 East Olsen Road, Thousand Oaks, California 91360 Free and Clear of Liens and Interests Pursuan[t] to §§ 363(b) and (f)" as Docket No. 229 (the "Stipulation"), shall remain in BG Law's client-trust account and subject to the terms of the Stipulation upon dismissal of the Case, but, rather than further order of this Court, pending further order of the United States District Court for the Central District of California, Western Division – Los Angeles ("District Court"), in connection with pending Case Number 2:24-cv-06433-PD.

(*Id.* ¶ 8)

Having reviewed the status report and bankruptcy court order, the Court declines to exercise supplemental jurisdiction over the remaining aforementioned security funds issue.  Although a court *may* exercise pendent or supplemental jurisdiction, that "does not mean that jurisdiction *must* be exercised in all cases."  *City of Chicago v. Int'l Coll. of Surgeons*, 522 U.S. 156, 172 (1997); *see also United Mine Workers of Am. v. Gibbs*, 383 U.S. 715, 726 (1966) (noting that supplemental jurisdiction is "a doctrine of discretion").

Accordingly, the above-captioned action shall be **REMANDED** to the Superior Court of California, County of Ventura.

**IT IS SO ORDERED.**

Dated: February 3, 2026

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

3